## THOMASON *et al.* v. CHAMPLIN. ·

No. 3866.    Opinion Filed June 9, 1914.

(141 Pac. 411.)

**APPEAL AND ERROR**—Dismissal—Time for Proceedings.    Where plaintiff in error fails to file his appeal in this court within six months from the date of the rendition of the judgment or order appealed from, as required by chapter 18, p. 35, Sess. Laws 1910-11, the same will be dismissed for want of jurisdiction.

(Syllabus by the Court.)

*Error from District Court, Okfuskee County;*
*John Caruthers, Judge.*

Action between Maud Thomason and Lee Thomason and H. C. Champlin, Jr.    From an order granting a new trial, Maud Thomason and Lee Thomason bring error.    Dismissed.

*Chas. L. Phillips* and *James M. Hays,* for plaintiffs in error.

*J. B. Patterson* and *C. T. Huddleston,* for defendant in error.

RIDDLE, J.    Plaintiffs in error, Maud Thomason and Lee Thomason, prosecute this proceeding in this court from an order granting defendant in error a new trial.    The record shows that the motion for new trial was overruled in the district court of Okfuskee county on the 21st day of October, 1911..    The case-made was filed in this court on the 23d day of April, 1912, two days beyond the six months allowed by statute for perfecting an appeal.    Defendant in error has filed his motion to dismiss the

appeal on the ground that this court has no jurisdiction to hear and determine said matter upon its merits, for the reason that said petition in error and case-made were not filed in this court within six months from the date of the order appealed from. It is undoubtedly the law in this jurisdiction that, unless the case-made and petition in error are filed in this court within the time allowed by chapter 18, p. 35, Sess. Laws 1910-11, no jurisdiction is conferred upon this court to hear and determine said matter on its merits.

We are therefore of the opinion that the motion to dismiss the appeal is well taken, and that the same should be, and is, sustained.

All the Justices concur.